V.ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
Office: (415) 776-0207
Fax:  (415) 776-8047
vroylefcourt@sbcglobal.net

Attorney for Defendant
ANTONIO ALEJANDRO CHAVEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: CR 13-0104 PJH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| ANTONIO ALEJANDRO CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is HEREBY STIPULATED that the detention status of defendant ANTONIO ALEJANDRO CHAVEZ in the above-entitled matter shall be modified from home detention to a curfew from 10:00 p.m. to 6:00 a.m. which will be enforced via location monitoring. This stipulation is agreed to by Allen Lew, U.S. Pretrial Services Supervisor on behalf of Pretrial Services Officer Gelareh Farahmand, Assistant United States Attorney Brian Lewis and V.Roy Lefcourt, counsel on behalf of defendant Antonio Alejandro Chavez.

IT IS SO STIPULATED.

//

//

//

DATED:  July 3, 2013                    Respectfully submitted,


                                         /s/ V.ROY LEFCOURT_____
                                        V.ROY LEFCOURT
                                        Attorney for Defendant ANTONIO ALEJANDRO CHAVEZ


### ORDER TO MODIFY DETENTION

~~Based upon the above Stipulation, and for GOOD CAUSE APPEARING, THE COURT ORDERS THAT:~~

~~Defendant ANTONIO ALEJANDRO CHAVEZ's detention status is modified from home detention to a curfew from 10:00 p.m. to 6:00 a.m. which will be enforced via location monitoring.~~

~~IT IS SO ORDERED.~~

Good cause has not been shown for modifying Defendant's condition of pretrial release because no reason has been provided. Further, the stipulation is not a stipulation, as it is not signed by Pretrial Services or the Government. Therefore, the request is **DENIED** without prejudice.

DATED: July 3, 2013                     _____
                                        MAGISTRATE JUDGE KANDIS WESTMORE

DENIED
Kandis Westmore
Judge Kandis Westmore